UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LESLEY RICHARDSON,<br><br>        Plaintiff,<br><br>   v.<br><br>IMAGE SENSING SYSTEMS, INC., a foreign corporation,<br><br>        Defendant. | CASE NO. C10-5629BHS<br><br>ORDER |

This matter comes before the Court on Plaintiff Lesley Richardson's ("Richardson") motion to continue discovery motion deadline (Dkt. 21), Richardson's motion to continue hearing on motion for summary judgment (Dkt. 25), Defendant Image Sensing Systems, Inc.'s ("ISS") motion for summary judgment (Dkt. 17), and ISS's motion for sanctions (Dkt. 23).  The Court has reviewed the briefs filed in support of and in opposition to the motions and the remainder of the file.

## I. PROCEDURAL HISTORY

On August 2, 2010, Richardson filed a complaint against ISS in Pierce County Superior Court alleging violations of the Washington Law Against Discrimination ("WLAD"), RCW Chapter 49.60, and the Washington Wage Payment Act ("WPA"), RCW Chapter 49.48.  Dkt. 1, Exh. A.  On September 2, 2010, the action was removed to this Court.  Dkt. 1.

On January 27, 2011, the Court issued a scheduling order setting various deadlines, including the discovery motion deadline of 8/15/2011 and the dispositive motion deadline of 10/12/2011.  Dkt. 9.

ORDER - 1

On July 28, 2011, ISS filed a motion for summary judgment. Dkt. 17. On August 29, 2011, Richardson responded. Dkt. 33. On September 2, 2011, ISS replied. Dkt. 43.

On August 15, 2011, Richardson filed a motion to extend the discovery motion deadline. Dkt. 21. On August 24, 2011, ISS responded. Dkt. 28. On August 26, 2011, Richardson replied. Dkt. 30.

On August 18, 2011, ISS filed a motion for sanctions. Dkt. 23. On August 30, 2011, Richardson responded. Dkt. 39. On September 2, 2011, ISS replied. Dkt. 46.

On August 18, 2011, Richardson filed a motion to continue hearing on motion for summary judgment. Dkt. 25. On August 24, 2011, ISS responded. Dkt. 27. On August 26, 2011, Richardson replied. Dkt. 31.

## II.  DISCUSSION

**A.     Motion to Extend Discovery Motion Deadline**

Richardson requested that the Court extend the deadline to file discovery motions from 8/15/2011 to 9/13/2011. Dkt. 21 at 3. As of the date of this order, Richardson has not filed a discovery motion. Therefore, the Court denies Richardson's motion as moot.

**B.     Motion for Summary Judgment and Continuance of Hearing**

ISS filed its motion for summary judgment prior to the close of discovery. Richardson requests that the Court grant a continuance of the hearing date, i.e. renote the motion, pursuant to Fed. R. Civ. P. 56(f)(2). Dkt. 25 at 3. The Court assumes Richardson meant Fed. R. Civ. P. 56(d)(2), which provides that, "[i]f a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may . . . allow time to . . . take discovery."

Richardson has filed a declaration stating that facts essential to her cause of action for age discrimination may be obtained through depositions that were to occur after her response to the summary judgment motion was due. *See* Dkt. 26. The Court finds that, although it appears Richardson has been dilatory in her pursuit of discovery, ISS will not

be prejudiced by renoting the motion for summary judgment so that Richardson may have an opportunity to include facts from recent depositions in her response to the dispositive motion. Moreover, the dispositive motion deadline is four weeks away and renoting the motion will not otherwise interfere with other important deadlines. Therefore, the Court grants Richardson's continuance and renotes the motion for summary judgment for consideration on October 14, 2011.

**C.    Motion for Sanctions**

ISS moves for sanctions against Richardson and her counsel for "filing frivolous and meritless claims of age discrimination and withholding wages." Dkt. 23 at 2. The Court is unable to evaluate whether Richardson's claim are frivolous or meritless until a final decision on a dispositive motion or until after trial has completed. Therefore, at this time the Court will renote the motion for sanctions to be heard with the dispositive motion.

### III.  ORDER

Therefore, it is hereby **ORDERED** that Richardson's motion to continue discovery motion deadline (Dkt. 21) is **DENIED**, Richardson's motion to continue hearing on motion for summary judgment (Dkt. 25) is **GRANTED** and ISS's motion for summary judgment (Dkt. 17) and motion for sanctions (Dkt. 23) are renoted to October 14, 2011.

DATED this 14th day of September, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 3